**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 166 MM 2015
                                        :
                Respondent          :
                                          :
                                        :
                    v.                  :
                                        :
                                        :
CHRISTOPHER JACKSON CARTER,     :
                                        :
                Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of December, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Although counsel has not established that the failure to present a timely filing was due to non-negligent circumstances, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file a Petition for Allowance of Appeal within 15 days.